IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garth Espe, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>United Cerebral Palsy of Central Arizona, a corporation,<br><br>     Defendant. | No. CV 12-0863-PHX-JAT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Pursuant to the Stipulation of the parties (Doc. 53), and for good cause appearing,

  IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear their own attorney's fees and costs incurred herein.

  Dated this 23rd day of May, 2013.

_James A. Teilborg_
Senior United States District Judge